COMMONWEALTH of Pennsylvania,
Respondent,

v.

Durrell GRAHAM, Petitioner.

Supreme Court of Pennsylvania.

May 13, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of May, 1997, the Petition for Allowance of Appeal is granted limited to the issue of whether Superior Court properly affirmed the trial court's denial of Petitioner's suppression motion.

Josephine MILIA, Appellee,

v.

James A. PARRISH, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1997.

Decided May 15, 1997.

Robert M. Davison, Bethlehem, for James A. Parrish.

Chrystyna M. Fenchen, Bethlehem, and John J. Keller, Allentown, for Josephine Milia.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 1997, the appeal is dismissed as having been improvidently granted.

CITY OF PHILADELPHIA

v.

WORKER'S COMPENSATION APPEALS BOARD (BRASTEN).

Petition of Anthony BRASTEN.

Supreme Court of Pennsylvania.

May 16, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of May, 1997, the Petition for Allowance of Appeal is hereby GRANTED BUT LIMITED to the following:

Whether the Commonwealth Court erred in finding Petitioner failed to prove abnormal working conditions?